**Order entered September 23, 2020**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-19-01501-CR
No. 05-19-01502-CR
No. 05-19-01503-CR

**JABRICE DAVAN ORTEGA, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 401st Judicial District Court**
**Collin County, Texas**
**Trial Court Cause Nos. 401-80783-2018 Cts. I, II & III**

## ORDER

Before the Court is appellant's September 22, 2020 fourth motion for extension of time to file his brief. We **GRANT** the motion and **ORDER** appellant's brief due on or before October 23, 2020. Appellant is cautioned that further extensions are disfavored.

/s/    BILL PEDERSEN, III
       JUSTICE